United States District Court
Southern District of Texas
**ENTERED**
March 11, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WELLS FARGO PRACTICE FINANCE, A DIVISION OF WELLS FARGO BANK, N.A., <br><br>*Plaintiff,*<br><br>vs.<br><br>ASHLEY BROWN, DDS, PLLC, ASHLEY GENEE BROWN, KIDZONE DENTAL, PLLC d/b/a INFINITE SMILES AND KIDZONE DENTAL, and DR. VAJAHAT YAR KHAN<br><br>*Defendants.* | Civil Action No. 4:19-cv-04244 |

## SCHEDULING ORDER

1. \_\_\_June 30, 2020_____  **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**
Party requesting joinder will furnish a copy of this scheduling order to new parties.

**EXPERTS**

2a. \_\_\_June 30, 2020_____  Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

2b. \_\_\_July 31, 2020_____  Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

| | |
|---|---|
| 3. __October 30, 2020__ | **DISCOVERY**<br>Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post–deadline discovery. |
| 4. __November 30, 2020__ | **MOTIONS DEADLINE**<br>Including any motion challenging an expert witness (only motions in limine on issues other than experts may be filed after this date). The motion deadline may not be changed by agreement. |
| 5a. February 8, 2021 | **JOINT PRETRIAL ORDER**<br>To be determined by the Court. THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with an electronic copy.) |
| 5b. __March 1, 2021__ | To be determined by the Court. THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date. |
| 6. __March 5, 2021__ | To be determined by the Court. **DOCKET CALL** is set at 1:30 p.m. in Courtroom 8C. |
| 7. __March 8, 2021__ | To be determined by the Court. **TRIAL** is set at 9:00 a.m. in Courtroom 8C. Case is subject to being called to trial on short notice during the two week period beginning on this date. |

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on __3/6/20__, at Houston, Texas,

_____
Alfred H. Bennett
United States District Judge