UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WELLS FARGO PRACTICE FINANCE, A DIVISION OF WELLS FARGO BANK, N.A., <br><br> *Plaintiff*, <br><br> vs. <br><br> ASHLEY BROWN, DDS, PLLC, ASHLEY GENEE BROWN, KIDZONE DENTAL, PLLC d/b/a INFINITE SMILES AND KIDZONE DENTAL, and DR. VAJAHAT YAR KHAN <br><br> *Defendants*. | Civil Action No. 4:19-cv-04244 |

**DEFENDANT, ASHLEY GENEE BROWN'S
NOTICE OF BANKRUPTCY AND
<u>NOTICE OF AUTOMATIC STAY</u>**

On May 26, 2020, Ashley Genee Brown, file a voluntary Chapter 7 Bankruptcy Proceeding in the United States Bankruptcy Court in the Southern District of Texas—Houston Division. The automatic stay is effect pursuant to § 362(a) of the Bankruptcy Code and automatically stays this action and bars any and all action and or attempt to collect from Ashley Genee Brown and or her property and or any property of her bankruptcy estate. The style of the bankruptcy proceedings is *In re Ashley Genee Brown*, Case No. 20-32761.

Respectfully submitted,

**WAUSON ♦ PROBUS**

By:   */s/ Anabel King*
      **Anabel King**
      State Bar No. 24067659 / ID No. 1012318

1

aking@w-plaw.com
**John Wesley Wauson**
State Bar No. 20988200 / ID No. 1866
jwwauson@w-plaw.com
One Sugar Creek Center Blvd., Suite 880
Sugar Land, Texas 77478
(281) 242-0303 (Telephone)
(281) 242-0306 (Facsimile)

COUNSEL FOR DEFENDANT
ASHLEY GENEE BROWN

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the above and foregoing instrument has been served via electronic means as listed on the Court's CM/ECF noticing system on this 27th day of May, 2020 to counsel for Plaintiff, Wells Fargo, and any party requesting notices.

               _/s/ Anabel King_
               Anabel King